# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| HARVEST MANAGEMENT SUB LLC,<br>Petitioner,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE LINDA MARIE BELL,<br>Respondents,<br>and<br>AARON M. MORGAN; AND DAVID E. LUJAN,<br>Real Parties in Interest. | No. 78596 <br><br> <br>FILED<br><br>MAY 15 2019<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying a motion for entry of judgment.

Having considered the petition and supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted at this time. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Accordingly, we deny petitioner's request for writ relief. We clarify that this denial is without prejudice to petitioner's ability to seek writ relief again if subsequent steps are taken to reconvene the jury. *Cf. Sierra Foods v. Williams*, 107 Nev. 574, 576, 816 P.2d 466, 467 (1991) ("[T]he general rule

19-21314

in many jurisdictions is that a trial court is without authority or jurisdiction to reconvene a jury once it has been dismissed . . . .").

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.        _____, J.
Stiglich                                              Silver

cc:     Hon. Linda Marie Bell, Chief Judge
        Bailey Kennedy
        Richard Harris Law Firm
        Rands & South & Gardner/Reno
        Rands, South & Gardner/Henderson
        Marquis Aurbach Coffing
        Eighth District Court Clerk